05-08443-MCF  CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent to the parties listed below:

| | |
|---|---|
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR  00936-4508 | ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR  00936-4508 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR  00936-4508 | COOP A/C ASOC PARROQUIALES<br>PO BOX 1553<br>VILLALBA, PR  00766 |
| COOP A/C PARROQUIALES<br>PO BOX 1553<br>VILLALBA, PR  00766 | ECAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK, NJ  07193-5480 |
| FIRST BANK PUERTO RICO<br>PRESTAMOS DE AUTO<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 | ISLAND FINANCE<br>VATIV RECOVERY SOLUTIONS LLC<br>AS AGENT FOR PALISADES COLLECTION LLC<br>PO BOX 19249<br>SUGAR LAND, TX  77496 |
| ISLAND FINANCE/A DIVISION OF WELLS FARGO<br>4143 121 ST<br>URBANDALE, IA  50323 | PR ACQUISITIONS LLC<br>C/O OPERATING PARTNERS CO INC<br>270 MUÑOZ RIVERA AVE<br>4TH FLOOR NO 400<br>SAN JUAN, PR  00918 |
| PREPA<br>C/O MARIA T. GORBEA<br>PO BOX 364267<br>SAN JUAN, PR  00936-4267 | RICHARD ESTREMERA RUIZ<br>HC 05 BOX 13853<br>JUANA DIAZ, PR  00795 |
| RICHARD ESTREMERA RUIZ and NELIDA R RAMOS SANTIAGO<br>HC 05 BOX 13853<br>JUANA DIAZ, PR  00795 | |

DATED: March 02, 2011

S/WALTER LUGO
OFFICE OF THE CHAPTER 13 TRUSTEE

Page 1 of 1   - CASE   05-08443-MCF